United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Wayne H. Morris  
    Debtor

Case No. 22-00367-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4  
Date Rcvd: Nov 26, 2024     Form ID: pdf010     Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne H. Morris, 4213 Hickory Road, Tobyhanna, PA 18466-8309 |
| cr | + | HSBC Bank USA, National Association as Trustee for, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 5462278 | | Citibank, P.O. Box 6151, Sioux Falls, SD 57117-6151 |
| 5462286 | | DTV Enabler, P.O. Box 5006, Carol Stream, IL 60197-5006 |
| 5475664 | + | GREGORY D. MALASKA, ESQ., YOUNG & HAROS, LLC, 802 MAIN ST., STROUDSBURG, PA 18360-1602 |
| 5462289 | + | Geisinger Wyoming Valley, 1000 E Mountain Drive, Wilkes-Barre, PA 18711-0001 |
| 5462297 | | Mission Lane Tab Bank, P.O. Box 105286SW #1340, Atlanta, GA 30348 |
| 5462298 | | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Dallas, TX 75063 |
| 5475665 | + | POCONO FARMS COUNTRY CLUB ASSOCIATION, INC., GREGORY D. MALASKA, ESQ., YOUNG & HAROS, LLC, 802 MAIN ST., STROUDSBURG, PA 18360-1602 |
| 5462300 | + | PPL Electric Utilities, P.O. Box 25239, Lehigh Valley, PA 18002-5239 |
| 5462299 | + | Pocono Farms Country Club Assoc., 182 Lake Road, Tobyhanna, PA 18466-8033 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 26 2024 18:49:03 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2024 18:48:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5464039 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 26 2024 18:36:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5463484 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 26 2024 18:49:14 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5463687 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 26 2024 18:36:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5462275 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2024 18:47:54 | Capital One Bank USA NA, 15000 Capital One Drive, Richmond, VA 23238 |
| 5462276 | + | Email/Text: bankruptcy@cavps.com | Nov 26 2024 18:36:00 | Cavalry Portfolio Svcs, 500 Summit Lake Dr. Ste 400, Valhalla, NY 10595-2321 |
| 5463050 | + | Email/Text: bankruptcy@cavps.com | Nov 26 2024 18:36:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5462277 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 26 2024 18:36:00 | Celtic Bank Indigo Mastercard, Genesis FS Card Services, P.O. Box 23039, Columbus, GA 31902-3039 |
| 5466823 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 26 2024 18:48:36 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5462279 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 26 2024 18:36:00 | | Comenity Bank/Wayfair Car, 6939 Americana Parkway, Reynoldsburg, OH 43068-4171 |
| 5462280 | + | Email/Text: compliance@contractcallers.com | Nov 26 2024 18:36:00 | Contract Callers Inc, 501 Green Street, 3rd Floor Suite, Augusta, GA 30901-4415 |
| 5462281 | + | Email/Text: bankruptcy@credencerm.com | Nov 26 2024 18:36:00 | Credence Resource Management, 4222 Trinity Mills, Suite 260, Dallas, TX 75287-7666 |
| 5462988 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 26 2024 18:36:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5462282 | | Email/Text: ebnnotifications@creditacceptance.com | Nov 26 2024 18:36:00 | Credit Acceptance Corp., P.O. Box 5070, Southfield, MI 48086-5070 |
| 5462283 | + | Email/Text: BKPT@cfna.com | Nov 26 2024 18:36:00 | Credit First National Assoc, PO Box 81315, Cleveland, OH 44181-0315 |
| 5462284 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 26 2024 18:47:47 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5462285 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 26 2024 18:47:53 | Credit One Bank NA, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5464399 | | Email/Text: G06041@att.com | Nov 26 2024 18:36:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5462287 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 26 2024 18:48:36 | Exxnmobil/Citibank CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5462288 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 26 2024 18:47:45 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5465288 | | Email/Text: BNCnotices@dcmservices.com | Nov 26 2024 18:36:00 | GEISINGER, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5462290 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 26 2024 18:36:00 | | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 5470332 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 26 2024 18:36:00 | HSBC Bank USA, NA, c/o Nationstar Mortgage LLC, d/b/a Mr. Cooper, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 5534399 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 26 2024 18:36:00 | HSBC Bank USA, National Association as Trustee, Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 5462291 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 26 2024 18:36:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5462292 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2024 18:47:54 | LVNV Funding LLC, c/o Resurgent Capital Svc, P.O. Box 1269, Greenville, SC 29602-1269 |
| 5463473 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2024 18:47:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5464628 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2024 18:47:48 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5464705 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 26 2024 18:48:26 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5462293 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 26 2024 18:36:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5473212 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 26 2024 18:36:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5465284 | + | Email/Text: bankruptcy@sccompanies.com | Nov 26 2024 18:36:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5462294 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 26 2024 18:48:24 | Merrick Bank, PO Box 9201, Old Bethpage, NY |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 11804-9001 |
| 5462295 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2024 18:36:00 | Midland Credit Management Inc, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 5462296 | + | Email/Text: mmrgbk@miramedrg.com | Nov 26 2024 18:36:00 | MiraMed Revenue Group, LLC, 360 E 22nd Street, Lombard, IL 60148-4924 |
| 5462474 | ^ | MEBN | Nov 26 2024 18:32:23 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5472576 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2024 18:47:46 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5468264 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2024 18:48:22 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5472502 | ^ | MEBN | Nov 26 2024 18:32:20 | PPL Electric Utilities, 2 N 9th St, Allentown, PA 18101-1139 |
| 5463822 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2024 18:48:29 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 5467988 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 26 2024 18:36:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5467709 | | Email/Text: bnc-quantum@quantum3group.com | Nov 26 2024 18:36:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5465283 | + | Email/Text: bankruptcy@sccompanies.com | Nov 26 2024 18:36:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5462301 | ^ | MEBN | Nov 26 2024 18:32:11 | Trident Asset Management, 10375 Old Alabama Road, Suite 303, Alpharetta, GA 30022 |
| 5462302 | + | Email/PDF: cbp@omf.com | Nov 26 2024 18:49:06 | Webbank/Onemain, PO Box 31535, TA-47, Tampa, FL 33631-3535 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION amps@manleydeas.com |
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Seri bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor HSBC Bank USA National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Seri wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Stephen Franks | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION amps@manleydeas.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Wayne H. Morris donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| WAYNE H. MORRIS | : CASE NO. 5:22-bk-00367 MJC |
| | : |
| Debtor | : |

## ORDER GRANTING VOLUNTARY DISMISSAL

Upon consideration of the motion of Debtor, Wayne H. Morris for an Order granting his request to voluntarily dismiss the pending Chapter 13 bankruptcy case, Dkt. # 60 ("Motion"); it is hereby

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is hereby **DISMISSED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 26, 2024